1  THOMAS F. CARLUCCI, CA Bar No. 135767
       tcarlucci@foley.com
2  JAIME DORENBAUM, CA Bar No. 289555
       jdorenbaum@foley.com
3  **FOLEY & LARDNER LLP**
   555 CALIFORNIA STREET, SUITE 1700
4  SAN FRANCISCO, CA 94104-1520
   TELEPHONE:  415.434.4484
5  FACSIMILE:   415.434.4507

6  ETHAN D. MILLAR, CA Bar No. 198097
       ethan.millar@alston.com
7  ELIZABETH A. SPERLING, CA Bar No. 231474
       elizabeth.sperling@alston.com
8  CORAL DEL MAR LOPEZ, CA Bar No. 308242
       coral.lopez@alston.com
9  **ALSTON & BIRD LLP**
   333 SOUTH HOPE STREET, 16TH FLOOR
10 LOS ANGELES, CA 90071-1410
   TELEPHONE:     213-576-1000
11 FACSIMILE: 213-576-1100

12 Attorneys for Defendants
   CLUBCORP HOLDINGS, INC., et al.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| PEOPLE OF THE STATE OF CALIFORNIA, | Case No. 4:19-cv-03972-HSG |
|---|---|
| Plaintiff, | **JOINT STIPULATION AND ORDER TO EXTEND RESPONSIVE PLEADING DEADLINE AND STAY ALL DISCOVERY** |
| vs. | |
| CLUBCORP HOLDINGS, INC., CLUBCORP CLUB OPERATIONS, INC., CCA CLUB OPERATIONS HOLDING, LLC, CLUBCORP USA, INC., CLUBCORP ALISO VIEJO HOLDING CORP., BERNARDO HEIGHTS COUNTRY CLUB, CLUBCORP BRAEMAR COUNTRY CLUB, INC., CLUBCORP CREST COUNTRY CLUB, INC., CLUBCORP CENTER CLUB, INC., CLUBCORP COTO PROPERTY HOLDINGS, INC., CLUBCORP CROW CANYON MANAGEMENT CORP., CLUBCORP DESERT FALLS COUNTRY CLUB, INC., GRANITE BAY GOLF CLUB, INC., A/K/A CLUBCORP GRANITE BAY MANAGEMENT, INC., CLUBCORP IW GOLF CLUB, INC., CLUBCORP MISSION HILLS COUNTRY CLUB, INC., CLUBCORP PORTER VALLEY COUNTRY CLUB, INC., | **N.D. LOCAL RULE 6-1(a)**<br><br>[Removed from San Francisco Superior Court, Case No. CGC-19-576620]<br><br>Case Filed:   6/11/2019 |

| | |
|---|---|
| 1 | SANTA ROSA GOLF & COUNTRY CLUB, CLUBCORP SPRING VALLEY LAKE COUNTRY CLUB, INC., CLUBCORP TEAL BEND GOLF CLUB, INC., CLUBCORP TURKEY CREEK GOLF CLUB, INC., CLUBCORP SYMPHONY TOWERS CLUB, INC., CITY CLUB OF LOS ANGELES, INC.; A/K/A CLUBCORP BUNKER HILL CLUB, INC., SILICON VALLEY CAPITAL CLUB A/K/A CLUBCORP SAN JOSE CLUB, INC., MORGAN RUN CLUB & RESORT, EMPIRE RANCH GOLF CLUB, INC., OLD RANCH COUNTRY CLUB, LLC, SHADOWRIDGE GOLF CLUB, INC., ROYAL DRIVE COUNTRY CLUB, INC., MCC MANAGEMENT CORPORATION, LAKEVIEW CITY CLUB, INC., SAN FRANCISCO TENNIS CLUB, INC., LOS GATOS TENNIS CLUB, INC., MARINA CLUB MANAGEMENT, INC., CLUBCORP AIRWAYS GOLF CLUB, INC., and DOES 1-100,<br><br>                    Defendants. |

The Parties to this action, Plaintiff the State of California ("Plaintiff"), and Defendants ClubCorp Holdings, Inc., *et al.* ("Defendants") (collectively, the "Parties"), by and through their undersigned counsel of record, hereby agree and stipulate as follows, pursuant to N.D. Cal. Local Rule 6-1(b):

WHEREAS, this action was filed by Plaintiff in the San Francisco County Superior Court on June 11, 2019, as Case No. CGC-19-576520;

WHEREAS, on July 10, 2019, Defendants removed this action to this District Court;

WHEREAS, Plaintiff has indicated that it intends to file a motion to remand this action to the San Francisco County Superior Court;

WHEREAS, Defendants were otherwise required to plead, answer or otherwise respond to the Complaint herein by July 17, 2019;

WHEREAS, the Parties agree that it would be inefficient and a waste of resources for the Parties and for the Court to brief and work up a Motion to Dismiss under Federal Rule of Civil Procedure 12, to engage in the Rule 26(f) process, to prepare and exchange Rule 26(a) initial disclosures, and to commence discovery under the Federal Rules while the Parties are engaged in briefing a motion to remand and due to the uncertainty in the disposition of this case in connection with the motion to remand;

WHEREAS, in order to conserve the resources of the Parties and this Court, and not for any improper purpose or for delay, the Parties agree and stipulate that all matters, including Defendants' obligation to file a responsive pleading to the Complaint, all discovery, all Rule 26(f) matters, except for the briefing and decision on Plaintiff's forthcoming motion to remand, shall be indefinitely stayed unless and until the motion to remand is denied, whereupon the Court shall set a status conference to set the appropriate dates;

WHEREAS, the Parties agree that no events or deadlines have been fixed by Court Order, this Stipulation otherwise affects matters not required to be filed or lodged with the Court, and this Stipulation is being filed pursuant to Civil Local Rule 5.

///

///

IT IS SO STIPULATED.[1]

Dated: July 19, 2019                         **FOLEY & LARDNER LLP**

                                             By: /s/ Thomas F. Carlucci
                                                 Thomas F. Carlucci
                                                 Jaime Dorenbaum

                                                 Attorneys for Defendants
                                                 CLUBCORP HOLDINGS, INC., et al.

Dated: July 19, 2019                         **XAVIER BECERRA**
                                             **ATTORNEY GENERAL OF CALIFORNIA**
                                             **MARTIN GOYETTE**
                                             **SENIOR ASSISTANT ATTORNEY GENERAL**
                                             **FREDERICK W. ACKER**
                                             **SUPERVISING DEPUTY ATTORNEY GENERAL**

                                             By: /s/ Courtney Towle
                                                 Courtney Towle
                                                 Deputy Attorney General
                                                 Attorneys for People of the
                                                 State of California

**ORDER**

IT IS SO ORDERED.

DATED: 7/22/2019                             *Haywood S. Gilliam Jr.*
                                             HON. HAYWOOD S. GILLIAM, JR.

---

[1] Pursuant to Local Civil Rule 5-1(i)(3), each of the signatories to this document concur in its filing.

JOINT STIPULATION AND ORDER TO EXTEND RESPONSIVE PLEADING DEADLINE
AND STAY ALL DISCOVERY
CASE NO. 4:19-cv-03972-HSG

4846-7463-0300.2